| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>815153<br>**PHELAN HALLINAN DIAMOND & JONES, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>**Attorneys for Secured Creditor: Ditech Financial LLC** | **Order Filed on June 3, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>CINDY Y. THOMPSON A/K/A<br>CINDY Y. MORTON A/K/A<br>CINDY Y. HUGHES A/K/A<br>CINDY Y. OBRIEN | Case No: 18-27690 - JNP<br><br>Hearing Date: 07/03/2019<br><br>Judge:  Jerrold N. Poslusny Jr. |

# CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 3, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**NJID 815153**
**PHELAN HALLINAN DIAMOND & JONES, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for Ditech Financial LLC**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE:

   CINDY Y. THOMPSON A/K/A
   CINDY Y. MORTON A/K/A
   CINDY Y. HUGHES A/K/A
   CINDY Y. OBRIEN

   Debtors

CASE NO. 18-27690 - JNP

CHAPTER 13

CONSENT ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 07/03/2019

    **This Consent Order pertains to the property located at 100 Schoolhouse Lane, Tuckahoe, NJ 08250, mortgage account ending with "4525";**

    **THIS MATTER** having been brought before the Court by Seymour Wasserstrum, Esquire attorney for debtors, Cindy Y. Thompson, upon the filing of a Chapter 13 Plan, Ditech Financial LLC by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    **IT IS** on the          day of         , 2019, ORDERED as follows:

    1.    Ditech Financial LLC has filed a valid, secured Proof of Claim listing pre-petition arrears in the amount of **$46,039.31** (claim no. 14).

    2.    The Trustee is authorized not to disburse on the secured arrearage claim of Ditech Financial LLC in the amount of **$46,039.31** (claim no. 14), so debtor can apply and potentially complete a loan modification. Should the debtor qualify for a loan modification, the loan modification must be approved no later than **July 31, 2019**.

    3.    If Loan Modification is approved, Ditech Financial LLC shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

    4.    If a loan modification is not approved by **July 31, 2019**, the debtor shall do one of the following: 1) file a Modified Plan to cure the arrearage claim of Movant; or 2) file a Modified Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

5.    Debtor acknowledges that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

6.    This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

**PHELAN HALLINAN DIAMOND & JONES, PC**
Attorneys for Secured Creditor:
**DITECH FINANCIAL LLC**

/s/ Sherri J. Smith
Sherri J. Smith, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47923
Fax: 856-813-5501
Email: Sherri.Smith@phelanhallinan.com

                                    Dated:  05/17/2019

/s/ Seymour Wasserstrum               Dated: 05/22/2019
Seymour Wasserstrum, Esquire
Attorney for debtors