UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:　　　　　　　　　　　　　　　　　Case No.: 18-27690-JNP
　　　　　　　　　　　　　　　　　　　　Chapter: 7
Cindy Y Morton　　　　　　　　　　　　　Judge:　　Jerrold N. Poslusny Jr.

---

NOTICE OF PROPOSED ABANDONMENT

---

　　　　DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on December 29, 2020 at 11:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$108,000.00  100 School House Lane Woodbine, NJ 08270

Liens on property:

$100,182.15  Ditech Financial LLC

Amount of Equity claimed as exempt:

$7,817.85

Objections must be served on, and requests for additional information directed to:

Name:              Douglas S. Stanger

Address:           646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No.      (609) 645-1881

United States Bankruptcy Court

District of New Jersey

In re:  
Cindy Y Morton  
    Debtor(s)

Case No. 18-27690-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 3  
Date Rcvd: Nov 24, 2020    Form ID: pdf905    Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cindy Y Morton, 100 Schoolhouse Ln, Woodbine, NJ 08270-3230 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517738624 | + | Boscov's, P.O. Box 17642, Baltimore, MD 21297-1642 |
| 517854284 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517868164 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 518655898 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518655899 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826 Greenville, SC 29603-0826 |
| 517738638 | | Office Of Attorney General, 25 Market St, P.O. Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 517738641 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 24 2020 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 24 2020 21:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517738623 | | Email/Text: bankruptcy@pepcoholdings.com | Nov 24 2020 21:20:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517738626 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 22:27:28 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 517738625 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 22:28:46 | Capital On Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517800871 | + | Email/Text: bankruptcy@sccompanies.com | Nov 24 2020 21:21:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517738627 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 24 2020 22:27:30 | Credit One Bank, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 517738629 | | Email/Text: bnc-bluestem@quantum3group.com | Nov 24 2020 21:21:00 | Finger Hut, PO Box 166, Newark, NJ 07101-0166 |
| 517800870 | + | Email/Text: bankruptcy@sccompanies.com | Nov 24 2020 21:21:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517738631 | | Email/Text: bankruptcy@sccompanies.com | Nov 24 2020 21:21:00 | Ginny's, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517738634 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

Case 18-27690-JNP    Doc 42    Filed 11/26/20    Entered 11/27/20 00:17:00    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2020 | Form ID: pdf905 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 24 2020 21:20:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 517738635 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 24 2020 21:19:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 517858793 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2020 22:26:22 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517800872 | + | Email/Text: bankruptcy@sccompanies.com | Nov 24 2020 21:19:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517738636 | + | Email/Text: egssupportservices@alorica.com | Nov 24 2020 21:21:00 | Massey's, 507 Prudential Road, C/O NCO Financial Systems, Horsham, PA 19044-2308 |
| 517738637 | + | Email/PDF: pa_dc_claims@navient.com | Nov 24 2020 22:28:50 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 517868012 | | Email/PDF: pa_dc_claims@navient.com | Nov 24 2020 22:26:19 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517856571 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2020 22:28:50 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517738639 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2020 21:20:00 | Peebles, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 517855040 | | Email/Text: bnc-quantum@quantum3group.com | Nov 24 2020 21:20:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517855119 | | Email/Text: bnc-quantum@quantum3group.com | Nov 24 2020 21:20:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517738640 | | Email/Text: Supportservices@receivablesperformance.com | Nov 24 2020 21:21:00 | RPM, PO Box 1548, Lynnwood, WA 98046-1548 |
| 517741773 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 22:28:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517738642 | + | Email/Text: bankruptcy@sccompanies.com | Nov 24 2020 21:21:00 | The CountryDoor, 1112 7th Ave, Monroe, WI 53566-1364 |
| 517853143 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 24 2020 22:28:57 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517738643 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 24 2020 21:19:00 | Verizon Wireless, P.O. Box 26055, Minneapolis, MN 55426-0055 |
| 517738644 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2020 21:20:00 | Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 517738645 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 22:28:42 | Walmart, P.O. Box 32896, Orlando, FL 32896-0001 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517738630 | * | Finger Hut, PO Box 166, Newark, NJ 07101-0166 |
| 517738632 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517738633 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 517738628 | ## | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2020      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed below:**

**Name**      **Email Address**

Aleisha Candace Jennings
 on behalf of Creditor New Residential Mortgage LLC ajennings@rasflaw.com

Andrew L. Spivack
 on behalf of Creditor DITECH FINANCIAL LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Douglas S. Stanger
 doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Douglas S. Stanger
 on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Kevin Gordon McDonald
 on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Robert Davidow
 on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com

Seymour Wasserstrum
 on behalf of Debtor Cindy Y Morton mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Sherri Jennifer Smith
 on behalf of Creditor Ditech Financial LLC ssmith@pincuslaw.com  nj.bkecf@fedphe.com

Sherri Jennifer Smith
 on behalf of Creditor DITECH FINANCIAL LLC ssmith@pincuslaw.com  nj.bkecf@fedphe.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10